1

Provided to Wakulla CI JUN 26 2023 for Mailing

SECTion C1]C5] the Following C8] and C50]. admission in the united state. To that table shool etc price of Fact recognotion crime guilT. conFess shows Established maximum penalTies For the indicated offend in offense to used in the table by inmate. nelson. martinez.

against. V.S. sgt. MiLLER. criminal.
Sgt ANDERSON

I: nelson, martinez. victim:
DC#C09439:
V.S

sgt: MiLLER: guilT.
Sgt ANDERSON

case: 4:23-CV-00185-MW-MAF.
document-7-File 06/14/2023.

I. nelson. martinez./I. am. accuse you the crime organization imprisonment aggravanted ASSAULT/BAttery with Force attempt rape touch may buttock. aria. with attempt murder issue. not authority. puch me the apartment top downstair to Low apartment Flor. with scare away alteration physical damage prejudice enjure. maLisia. imprisonment:

Lawsuit $1,000,000 and charge-15-year. imprisonment. to against. sgt. MiLLER:

ELizabeth M. warren: 2110 First street Room 2-194. Fort myers: FL 33901

FILED 2023 JUN 29 PM 12:13 U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA FORT MYERS, FLORIDA

(2)

For these wrote in written:

demand

power OF reasoning:

dont's. do! be the united state district court:/denied:/inmate claim:

and

dont's. do! be the united state district court:/dissmissing:/inmate claim:

and

dont's do! be the united state district court:/charge money case. if you no approved the inmate civil right 1983. demang. $1,000,000. From good behavior conduct inmate compensation: to be the F.B.I. investigation sign: Motion

From: inmate: nelson. martinez: is a victim. Abuse imprisonment. to Live him go out release. the prison of sentence with good settlement/agreement/asentamiento: be-inmate- and court: No involver out become on to through. proper cause. against. constitution law.

nelson escalera navajo