UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NELSON MARTINEZ,

    Plaintiff,

v.                                   Case No. 2:23-cv-477-JES-KCD

MILLER and ANDERSON,

    Defendants.
_____/

### ORDER OF DISMISSAL

This matter comes before the Court on *sua sponte* review of the file. The Court ordered Plaintiff to file a complaint on the proper civil rights complaint form on or before July 26, 2023. (Doc. 2). The Court warned him that not complying with the Order would result in this case being dismissed without further notice. To date, Plaintiff has neither complied with the Court's Order nor asked for more time to do so. The Court thus dismisses this case without prejudice. Because the dismissal is without prejudice, Plaintiff may file a new complaint—under a new case number—with the filing fee or motion to proceed *in forma pauperis.*

    Accordingly, it is

**ORDERED**:

1. This case is **DISMISSED without prejudice**.

2. The Clerk is **DIRECTED** to enter judgment, deny any pending motions as moot, terminate any deadlines, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on this 11th day of August 2023.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE


SA: FTMP-2
Copies: All Parties of Record

2